UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**UNITED STATES v. ANTHONY HERRING - SBI: 559063C; DOB 4/21/1983**

---

**PETITION FOR
WRIT OF HABEAS CORPUS**

1. Anthony Herring is now confined at the Bergen County Correctional Facility, 160 South River Street, Hackensack, New Jersey 07601.

2. Said individual will be required to appear in person, before the Honorable Brian R. Martinotti, United States District Court Judge, for a plea hearing on Wednesday, August 17, 2022, at 12:00 p.m.

A Writ of Habeas Corpus should be issued for that purpose.

DATED:  August 14, 2022

_____
KENDALL RANDOLPH
ASSISTANT U.S. ATTORNEY

---

**ORDER**

Let the Writ Issue.

DATED:  Aug. 15 , 2022

_____
HON. BRIAN R. MARTINOTTI
UNITED STATES DISTRICT JUDGE

---

**WRIT OF HABEAS CORPUS**

The United States of America to the Bergen County Correctional Facility, Hackensack, New Jersey

WE COMMAND YOU that you have the body of

**ANTHONY HERRING**

now confined at the Bergen County Correctional Facility, Hackensack, New Jersey, be brought before the United States District Court, the Hon. Brian R. Martinotti, United States District Judge, in person, on Wednesday, August 17, 2022, at 12:00 p.m., so that he may appear for a plea hearing in the above-captioned matter.

WITNESS the Honorable Brian R. Martinotti
            United States District Judge
            Newark, New Jersey

DATED:

         Aug. 15 ,2022

Per: _Lissette Rodriguez_
Deputy Clerk